# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Osvaldo A. MARTINEZ, Customs & Border Protection Enforcement Officer, do hereby make the following statement:

1. That I am a U.S. Customs and Border Protection Enforcement Officer with the Department of Homeland Security, assigned to investigate Immigration Law violations and Criminal Laws of the United States at the Luis Muñoz Marín International Airport, Carolina, Puerto Rico. As an Enforcement Officer my duties and responsibilities include the enforcement of the Immigration and Nationality Act (INA). Furthermore, as an Enforcement Officer I am assigned to conduct investigations of criminal violations of the immigration laws of the United States, including violations of Title 8 and Title 18 of the United States Code, and to ensure the removal of those aliens that have been found to be in the United States in violation of the immigration laws.

2. Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

3. That on or about November 26, 2025, at Pan American Dock East, an alien by the name of Mr. Ramon Antonio MARTES, a citizen of the Dominican Republic, was encountered by U.S. Customs and Border Protection Officers while attempting to board Ferries del Caribe, Ferry destined to Santo Domingo, Dominican Republic.

4. That when Mr. Ramon Antonio MARTES was asked regarding his legal status in the United States, he stated that he entered on board a yawl without being inspected, admitted or parole at a time and at a place not designated by the Attorney General or his successor the Secretary of Homeland Security on or near the North Coast of Puerto Rico approximately on October 13, 2020.

5. That based on Mr. Ramon Antonio MARTES statement regarding his legal status in the United States, he was escorted to U.S. Customs and Border Protection Secondary Inspection Area at Pan American Dock East for further inspection.

6. . During the inspection process, Mr. Ramon Antonio MARTES fingerprints were submitted to the FBI for examination and comparison, this examination disclosed a match to an FBI record which revealed the following:

    a. On July 7th,1993, Mr. Ramon Antonio MARTES was Convicted Upon Plea of Guilty at The New York County Supreme Court for the offense of 'Criminal Possession Controlled Substance'- 2nd Degree (220.18).

    b. On December 11,2006, Mr. Ramon Antonio MARTES was sentenced at The New York County Criminal Court for the Offense of 'Criminal Possession Controlled Substance'- 2nd Degree (220.18) and was sentenced 3 years to Life Concurrent.

    c. On June 26, 2007, a Final Administrative Order of Removal was issued to Mr. Ramon Antonio MARTES.

    d. On May 7TH,2008, Mr. Ramon Antonio MARTES was physically removed from the United States back to Dominican Republic from New Orleans, Louisiana.

7. Mr. Ramon Antonio MARTES was read his Miranda Rights, and he did not waive his rights and requested a lawyer to be present for the interview.

8. As part of his removal procedure Mr. Ramon Antonio MARTES was advised that after his deportation/ removal from the United States, he was required to obtain a permission from the Attorney General or his successor under the Department of Homeland Security prior to his re-embarkation at a place outside the United States or his application of admission.

9. I conducted record checks which reveal that no application to request permission on form I-212 had been filed on behalf of 'Ramon Antonio MARTES' at the Office of Citizenship and Immigration Services.

10. Mr. Ramon Antonio MARTES is a citizen and national of the Dominican Republic and is an alien with no authorization or legal status to be present in the United States.

11. Further, Mr. Ramon Antonio MARTES was deported from the United States and prohibited from re-entering the United States without obtaining consent from the Attorney General or his successor under the Department of Homeland Security prior to his re-embarkation at a place outside the United Sates or his application for admission.

12. Based upon my training, experience and my participation in this investigation, I believe that probable cause exists that Ramon Antonio MARTES attempted to enter the United States in violation of, 8 U.S.C 1326 (a)(1)(b)(2)

_____
Osvaldo A. Martinez
CBP Enforcement Officer
U.S. Customs and Border Protection

SWORN IN ACCORDANCE WITH REQUIREMENT OF FED.R.Crim. P.4.1. by telephone at __5:51PM__ on this __27th__ of November 2025, in San Juan, Puerto Rico.

_____
Marshal D. Morgan
US Magistrate, Judge
District of Puerto Rico
San Juan, Puerto Rico